NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TY SCHULZE,                                    )
                                               )
            Appellant,                         )
                                               )
v.                                             )      Case No.  2D19-2612
                                               )
STATE OF FLORIDA,                              )
                                               )
            Appellee.                          )
                                               )
_____)

Opinion filed September 30, 2020.

Appeal from the Circuit Court for Polk
County; Neil A. Roddenbery, Judge.

Howard L. Dimmig, II, Public Defender,
and Carly J. Robbins-Gilbert, Assistant
Public Defender, Bartow, for Appellant.

Ty Schulze, pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


MORRIS, LUCAS, and ATKINSON, JJ., Concur.